UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO NAVARRO-CARDENAS,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>TARGET CORPORATION,<br><br>　　　　　　Defendants. | Case No. 22-cv-07244-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

LAST DAY TO AMEND PLEADINGS:  4/14/2023.

ADR:  Referred to Private Mediation to be completed by 12/27/2023

FURTHER CASE MANAGEMENT: 1/12/2024 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 2/23/2024.

DESIGNATION OF EXPERTS: 2/23/2024; REBUTTAL: 3/8/2024;
　　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 4/26/2024.

DISPOSITIVE MOTIONS **SHALL** be filed by; 5/31/2024;
　　　Opp. Due: 6/14/2024; Reply Due: 6/28/2024;
　　　and set for hearing no later than 7/12/2024 at 10:00 AM.

PRETRIAL PAPERWORK DUE:  7/30/2024
PRETRIAL CONFERENCE DATE: 8/13/2024 at 1:30 PM.

JURY TRIAL DATE: 8/26/2024 at 8:30 AM.
　　　Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated: October 17, 2023

_____
SUSAN ILLSTON
United States District Judge