Cody Christiansen, SBN 287005
**THE BARNES FIRM, L.C.**
555 12th Street, Suite 1470
Oakland, CA 94607
Telephone:     (800) 800-0000
Facsimile:      (888) 800-7050
Email:            cody.christiansen@thebarnesfirm.com

Attorneys for Plaintiff
Alejandro Navarro-Cardenas

# UNITED STATES DISTRICT COURT

## NORHTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO NAVARRO-CARDENAS, an individual, | Case No. 22-CV-07244-TSH |
| Plaintiff; | **PLAINTIFF'S NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL; [PROPOSED] ORDER THEREON** |
| v. | |
| TARGET CORPORATION, a business entity; and DOES 1 to 100, Inclusive, | |
| Defendants. | |

Plaintiff ALEJANDRO NAVARRO-CARDENAS herby gives notice that a settlement was reached with Defendant TARGET CORPORATION, and a settlement release was signed by all parties on April 18, 2024. As all conditions of the settlement have now been fulfilled, Plaintiff respectfully requests that this Court vacate all upcoming dates and dismiss the above-entitled action with prejudice, with each side bearing its own costs.

Respectfully submitted,

DATED:  August 27, 2024                                    **THE BARNES FIRM, L.C.**

---

1

PLAINTIFF ALEJANDRO NAVARRO-CARDENAS' REQUEST FOR DISMISSAL.

By: _____
Cody Christiansen, Esq.
Attorney for Plaintiff

**ORDER**

Good cause being shown, the above-captioned matter is hereby dismissed. IT IS SO ORDERED.

Dated: August 28, 2024

_____
Hon. Susan Illston
United States District Judge

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF ALAMEDA

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is 555 12th St., Suite 1470, Oakland, California 94607.

On **August 27, 2024, 2024**, I served the foregoing documents described as **REQUEST FOR DISMISSAL** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Emily Fowler, Esq.<br>efowler@vmbllp.com<br><br>VOGL MEREDITH BURKE & STREZA LLP<br>456 Montgomery Street, 20th Fl<br>San Francisco, CA 94104<br>Paralegal: Alice Lei<br>alei@vmbllp.com | **_Attorneys for Defendant_**<br>Target Corporation<br>Telephone: 415-398-0200<br>Facsimile: 415-398-2820 |

**[XX] ELECTRONIC SERVICE:** Based on a court order or an agreement of the parties to accept service by electronic transmission. I caused the documents to be sent to the persons at the electronic notification addresses listed above. I did not receive, within reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of California that the above is true and correct. Executed on **August 27, 2024, 2024,** at Oakland, California.

_____
SABRINA LUNA